# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE　☐ DISTRICT　☐ APPEALS COURT or　☐ OTHER PANEL (Specify below) |
|---|---|

IN THE CASE OF: US vs. Elvedin Bilanovic

FOR / AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Elvedin Bilanovic

1. ☑ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ Material Witness
8. ☐ Other (Specify)

FILED 6-4-08　JUN 4 2008
Magistrate Judge Sidney I. Schenkier
United States District Court

DOCKET NUMBERS
- Magistrate: _____
- District Court: 08CR457
- Court of Appeals: _____

CHARGE/OFFENSE: ☐ Felony　☐ Misdemeanor — identity fraud

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes　☑ No　☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment: 11/07. How much did you earn per month? $3,000
If married is your Spouse employed? ☐ Yes　☑ No
IF YES, how much does your Spouse earn per month? $ —
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes　☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking account ☑ Yes　☐ No　IF YES, state total amount $50

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes　☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

**DEPENDENTS**
MARITAL STATUS: ☑ MARRIED (SINGLE / WIDOWED / SEPARATED OR DIVORCED)
Total No. of Dependents: 1
List persons you actually support and your relationship: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| cell phone | $ | $250 |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/4/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)