**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
June 6, 2008

**FILED**
6-6-08
JUN - 6 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Eastern District of Washington

Thomas S. Foley United States
Courthouse, Suite 840
920 West Riverside Avenue
Spokane, WA 99201-1010

Re: U.S. -v-  Elevdin Bilanovic

Case: 08 CR 10

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings
conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may
access our electronic case file and print copies of electronically filed documents by following the
procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your
computer in order to view the documents. If you are an electronic court, you may upload the
documents. All documents filed prior to electronic filing are included in this transfer package.
(January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE**
**OFFICIAL RECORD** as it contains your login and password to our system. This login and
password should not be shared with anyone other than federal court personnel who would have a
need to access our electronic case file system.

 X  Docket Sheet   (08 CR 457)            X   Affidavit in Removal

X  Order setting conditions of release      X  Appearance Bond

X Minute order dated 6/4/08               X Financial Affidavit

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
Michael W. Dobbins, Clerk
by: Laura Springer
Deputy Clerk