FILED
JUNE 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eastern District of Washington
United States Courthouse, Suite 840
920 West Riverside Avenue
Spokane, WA 99201-1010

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X S. Bliss    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
S. BLISS
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0001 9746 9230

PS Form 3811, February 2004   Domestic Return Receipt   08cr457   102595-02-M-1540

UNITED STATES POSTAL SERVICE
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Northern District of Illinois
Clerk's Office
219 S. Dearborn
Chicago, IL 60604

RECEIVED
JUN 16 2008 JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
JUN 16 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT