UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS, CLERK**

OFFICE OF THE CLERK
June 6, 2008

RECEIVED
JUN 12 2008
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

Eastern District of Washington

Thomas S. Foley United States
Courthouse, Suite 840
920 West Riverside Avenue
Spokane, WA 99201-1010

FILED
JUN 20 2008 TC
6-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: U.S. -v- Elevdin Bilanovic
Case: 08 CR 10

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

_X_ Docket Sheet (08 CR 457)        _X_ Affidavit in Removal

X  Order setting conditions of release    X  Appearance Bond

X  Minute order dated 6/4/08         X  Financial Affidavit

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
Michael W. Dobbins, Clerk
by: Laura Springer
Deputy Clerk